IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NO. 4:13-CV-00121-FL

| | |
|---|---|
| SHANNON LETTERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) ORDER ON |
| v. | ) JOINT MOTION TO STAY |
| | ) ALL PROCEEDINGS |
| | ) |
| BAYER HEALTHCARE | ) |
| PHARMACEUTICALS INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**IT IS HEREBY ORDERED** that all proceedings in the above-captioned case are STAYED, including but not limited to any deadline to answer or otherwise respond to the Complaint, the period for initial disclosures pursuant to Rule 26, and all other discovery and pretrial deadlines, pending transfer of this action, pursuant to 28 U.S.C. Section 1407, to *In re: Mirena IUD Products Liability Litigation*, MDL No. 2434 ("MDL-2434"), in the United States District Court for the Southern District of New York.

This the 10TH day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE
LOUISE W. FLANAGAN